Summons in a Civil Action (Rev 11/97)

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

FILED
08 JUL -7 PM 4:06

CLERK, U.S. DISTRICT
SOUTHERN DISTRICT OF CA

City of Carlsbad; a California municipal corporation; and Carlsbad Public Financing Authority, a California Joint Powers Authority

vs

Prince Reza Shah

**SUMMONS IN A CIVIL ACTION**
Case No.    BY:                    DEPUTY

'08 CV 1211 JLS WMc

TO: (Name and Address of Defendant)

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY
   Jacob C. Reinbolt (Bar No. 138085)
   Paul A. Tyrell (Bar No. 193798)
   Procopio Cory Hargreaves & Savitch LLP
   530 B Street, Suite 2100
   San Diego, California 92101
   Telephone: (619) 238-1900; Facsimile: (619) 235-0398
An answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

JUL 0 7 2008

W. Samuel Hamrick, Jr.
CLERK                                                        DATE

By  B. LLOYD , Deputy Clerk

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

American LegalNet, Inc.
www.FormsWorkflow.com

CK